# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTIN CUMMINGS, Individually and For Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COATES FIELD SERVICE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-20-133-HE<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF FACTS, COMBINED WITH
## JOINT DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff Justin Cummings, on behalf of himself and all other similarly situated ("Mr. Cummings"), and Defendant Coates Field Service, Inc. ("Coates") (collectively, the "Parties"), hereby enter into the following *Joint Stipulation,* for the purposes of: (a) Memorializing the Parties' agreements regarding certain facts that have become undisputed since the filing of the Original Complaint on February 17, 2020 [Dct. 1]; (b) Withdrawing certain allegations previously asserted in the Original Complaint; and (c) Dismissing *with prejudice* all claims which have been or could have been asserted in this case.

### Joint Stipulation of Facts and
### Withdrawal of Certain Previously-Asserted Allegations

The Parties agree and stipulate that the following stipulations can and should be deemed admitted and true - - both for the purposes of this litigation and otherwise:

**STIPULATION NO. 1:** The Parties stipulate that Coates paid Mr. Cummings a guaranteed weekly salary of $1,500 - - in satisfaction of the FLSA's "salary test" - - throughout his employment. Mr. Cummings therefore withdraws all allegations to the contrary that were included in the Original Complaint or otherwise asserted in court papers filed in this case. However, this Stipulation does not reflect or relate to Mr. Cummings's compensation with any other employer.

**STIPULATION NO. 2:** Based upon Coates' representation that it pays its Right of Way Agents a predetermined weekly salary, in satisfaction of the FLSA's "salary test," together with Mr. Cummings' counsel's independent review of Mr. Cummings' pay records - - which confirmed that Mr. Cummings was indeed paid a salary by Coates throughout his employment - - Mr. Cummings hereby withdraws (as lacking an evidentiary basis) each and every allegation in the Original Complaint that states or implies that there is or was a "class" of Right of Way Agents whom Coates paid a day rate with no overtime in the past three years. However, this Stipulation does not reflect or relate to Mr. Cummings's compensation with any other employer.

**STIPULATION NO. 3:** The Parties agree that Mr. Cummings' claims in this litigation included an FLSA "Duties Test" claim asserted on his own behalf (which Coates denied), but the claims did not assert a collective action under this theory.

### Joint Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared hereby stipulate to the dismissal of this action *with prejudice* as to refiling, with each party to bear its own costs and fees.

**JOSEPHSON DUNLAP LLP**

By: /s/ Andrew W. Dunlap
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Carl A. Fitz
Texas Bar No. 24105836
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

**BRUCKNER BURCH, PLLC**
Richard J. (Rex) Burch
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, TX 77046
Phone: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

Michael Burrage, OBA # 1350
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
405-516-7800 – Telephone
405-516-7859 – Facsimile
mburrage@whittenburragelaw.com

**Counsel for Plaintiffs**
**Justin Cummings, Individually and for Others Similarly Situated**

By:  /s/ Jeremy Tubb
Jeremy Tubb, OBA #16739
Courtney K. Warmington, OBA #18486
Matthew S. Panach, OBA #22262
FULLER TUBB & BICKFORD, PLLC
201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102-4216
Tel: (405) 235-2575
Fax: (405) 232-8384
jeremy.tubb@fulltertubb.com
cwarmington@fullertubb.com
panach@fullertubb.com

**Attorneys for Defendant,**
**Coates Field Service, Inc.**